UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Civil Action Number:  6:19-cv-858-Orl-40TBS

Ray ,

    Plaintiff,

vs.

LUCKY'S MARKET 2 LP
LUCKY'S MARKET 2 LP
d/b/a Lucky's Market,

    Defendant.

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    Counsel for Plaintiff, Ray T. Mahlberg, hereby discloses the following pursuant to this Court's Interested Persons Order and Corporate Disclosure pursuant to the Courts Order;

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Plaintiff,  Raymond T. Mahlberg is an individual and is  not  affiliated  with  any Corporation, unincorporated associations, partnership or other business entities which are not parties that have a financial interest in the outcome of the litigation.

Defendant, LUCKY'S MARKET 2 LP, d/b/a Lucky's Market, is a corporate entity which perates the website  https://www.luckysmarket.com/ ("Website").   To

the best knowledge of the undersigned, Defendant is not a publically traded company nor is affiliated with a publically traded company.

Further information will be ascertained through the discovery and disclosure process.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known at this time.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

At this juncture, it is unknown if any other company will be substantially affected by these proceedings.

4. The name of each victim (individual or corporate), of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff, Raymond T. Mahlberg is the only individual who claims entitlement to relief.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated this 27th day of May, 2019

Respectfully Submitted,

*s/ Acacia Barros*
Acacia Barros, Esq.
FBN:106277
11120 N Kendall Dr., Suite 201
Miami, Florida 33176
Telephone: (305) 639-8381
E-mail: ab@barroslawfirm.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2019 that the foregoing document has been filed using CM/ECF system and will be served this day on all counsel of record identified as delineated below via the CM/ECF system, or via email if said counsel have not entered an appearance, or will be served to Defendant/Defendant's counsel when said counsel enters an appearance.

*s/ Acacia Barros*